IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WOOD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-00611-MMC<br><br>**ORDER STRIKING "ADDITIONAL COMPLAINTS"** |

　　　　On January 21, 2021, plaintiff Andrea Wood instituted the above-titled action by filing an "Opening Brief," which the Court construes as plaintiff's initial complaint, wherein she asserts a number of claims against the County of Contra Costa ("County"). Thereafter, on January 28, 2021, plaintiff filed her "Amended First Draft," which the Court construes as plaintiff's First Amended Complaint ("FAC"), wherein she, again, asserts a number of claims against the County and, additionally, asserts those claims against ten individuals and two government entities.

　　　　The Court is now in receipt of plaintiff's "Additional complaints," filed April 15, 2021, by which plaintiff purports to (1) add claims against the County and (2) assert those additional claims against five individuals not named in the FAC. In light of its content, the Court construes said document as an attempt to file a Second Amended Complaint ("SAC").

　　　　Where a plaintiff previously has amended an initial complaint, the plaintiff may further amend "only with the opposing party's written consent or the court's leave." See Fed. R. Civ. P. 15(a)(2). Here, plaintiff has not filed the written consent of defendants, nor has she sought, let alone obtained, leave to file an SAC.

Accordingly, the SAC is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: April 20, 2021

MAXINE M. CHESNEY
United States District Judge