IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WOOD,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY,<br><br>    Defendant. | Case No. 21-cv-00611-MMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR TWO-MONTH STAY** |

    Before the Court is a letter from plaintiff Andrea Wood, dated May 15, 2021, and filed by the Clerk of Court on May 17, 2021. In the letter, plaintiff states she "requires (two) surgery [sic]" and "will not be able to respond for 60 days." Having read and considered the letter, which the Court construes as a request for a two-month stay of all proceedings in the instant action,[1] the Court hereby rules as follows.

    By order filed March 18, 2021, in which the Court granted Wood an extension of time to file a document, the Court stated "[n]o further motions for extension of time will be granted in the absence of a declaration under penalty of perjury, setting forth good cause for the relief sought." (See Order, filed March 18, 2021, at 1:27-28.)

    Plaintiff did not file a declaration in support of the instant request. Moreover, although Wood attached to her letter a one-page printout from what appears to be Wood's medical records, the attachment makes no reference to any surgical procedure or

---

[1] The only pending deadline within the next two months is a June 11, 2021, deadline for plaintiff to respond to the Court's order to show cause why her claims against the remaining defendants should not be dismissed for failure to serve. The order to show cause was filed May 17, 2021, i.e., after plaintiff mailed the above-described letter.

otherwise indicates why a stay is warranted.

Accordingly, plaintiff's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 2, 2021

MAXINE M. CHESNEY
United States District Judge