IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WOOD,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY,<br><br>  Defendant. | Case No. 21-cv-00611-MMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO AMEND TO ADD ADDITIONAL DEFENDANT** |

On June 21, 2021, judgment was entered against plaintiff in the above-titled action. Later that same day, plaintiff filed a document, titled "Additional Defendant," whereby plaintiff seeks to add Claire Maier, a Superior Court Judge, as a defendant.

The motion is hereby DENIED, as judgment has been entered in the above-titled action and plaintiff has failed to show there exists any cognizable basis for setting aside the judgment. See Lindauer v. Rogers, 91 F.3d 1355, 1357 (9th Cir. 1996) (holding "once judgment has been entered in a case, a motion to amend the complaint can be entertained only if the judgment is first reopened under a motion brought under Rule 59 or 60").

**IT IS SO ORDERED.**

Dated: July 2, 2021

MAXINE M. CHESNEY
United States District Judge